Thomas W. MILLER, Alien Property Custodian, et al. v. Edwin W. POE et al.

(Circuit Court of Appeals, Fourth Circuit.   November 6, 1923.)

No. 2098.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore;   John C. Rose, Judge.

Hartwell Cabell, of New York City, R. E. Lee Marshall, of Baltimore, Md., and Daniel O. Hastings, of Wilmington, Del., for appellants.

Stuart S. Janney and Joseph C. France, both of Baltimore, Md. (J. Kemp Bartlett, of Baltimore, Md., on the brief), for appellees.

Before WOODS and WADDILL, Circuit Judges, and McDOWELL, District Judge.

PER CURIAM.   The decree in this cause is affirmed, for the reasons stated in the opinions of the District Judge.   276 Fed. 949;   293 Fed. 764.
Affirmed.